OPINION — AG — THE EMPLOYEES OF MANPOWER PROGRAM OPERATORS CREATED BY 74 O.S. 1971 1001 [74-1001], ET SEQ., ARE NOT ELIGIBLE TO PARTICIPATE IN THE OKLAHOMA PUBLIC EMPLOYEES RETIREMENT SYSTEM IN THAT THEY ARE NOT EMPLOYED BY AN ELIGIBLE EMPLOYER DEFINED IN 74 O.S. 1975 Supp., 902 [74-902](14) CITE: 74 O.S. 1971 901 [74-901], 74 O.S. 1971 1008 [74-1008] (JAMES H. GRAY)